■ In the Matter of the Estate of PAULINE OBERSTEIN, Deceased. BARBARA ROSENBLUM et al., Appellants; KATHLEEN OBERSTEIN et al., Respondents.—Appeal from an order of the Surrogate's Court, Queens County (Durante, S.), dated October 21, 1988.

Ordered that the order is affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs, payable by the appellants, for reasons stated by acting Surrogate Durante at the Surrogate's Court. Thompson, J. P., Lawrence, Rubin and Balletta, JJ., concur.